appeal granted, without costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

DOROTHY AUERBACH v. "JANE" STEINHARDT and Others, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ELLEN McMANUS, as Administratrix, etc., v. DAVID WASSER, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before the 1st day of May, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY v. PENNSYLVANIA RAILROAD COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SAMUEL BOSLOWITZ v. ISAAC DAVIS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before the 1st day of April, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of JOHN H. FLAGLER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOHN McG. GOODALE and Others v. THOMAS CHAMBERS REID and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JUDAH L. WEINBERG.— Motion to dismiss appeal granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MINNIE ROTH v. MENDEL GREENWALD.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

J. IRVING WALSH v. PATRICK J. FINN and Others, Executors of JOHN MAY, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 15th day of April, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HARRY BERMAN and Others v. BISJO REALTY CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FANNIE SCHEAR v. ISAAC HUTKOFF and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GEORGE SCHEAR v. ISAAC HUTKOFF and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

COOPER IRON WORKS, INC., v. HENRY PELS & CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

BERNARD YANKOWITZ v. STANDARD ACCIDENT INSURANCE COMPANY, etc.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SANDER TILATITSKY, INC., v. RAYMOND-HADLEY Co., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.